# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. McAVOY, CLERK

SALVADOR RUIZ-CORTEZ ,

_____

*Petitioner*

v.

UNITED STATES OF AMERICA

_____

*Respondent*

)
)
)
)
)
)

Civil Action No.  1:19-cv-03279-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:
Defendant's construed Motion Under 28 U.S.C. § 2255 to vacate, set aside, or
correct Sentence is DISMISSED (ECF No. 182 in 1:17-cr-2029-SMJ-1).
Judgment is entered for the United States of America.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    SALVADOR MENDOZA, JR. _____
on a construed Motion Under 28 U.S.C. § 2255 to vacate, set aside, or correct Sentence.

Date:  01/30/2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/Tonia Ramirez
_____

*(By) Deputy Clerk*

Tonia Ramirez
_____